# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Caribbean Industrial Products, LLC; Stone Harper, ) <br> *Plaintiff* ) <br> v. ) <br> Allen Filtration, LLC, ) <br> *Defendant* ) | Civil Action No. 6:16-cv-03441-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: default judgment is entered in favor of plaintiff, against defendant, pursuant to Fed. R. Civ. P. 55(b)(2).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Mary Geiger Lewis.

Date: April 20, 2017                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/Ashley Buckingham, Deputy Clerk
                                                                                              *Signature of Clerk or Deputy Clerk*